Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Amber Canez,<br><br>    Plaintiff,<br><br>v.<br><br>Mark A. Kirkorsky, P.C.,<br><br>    Defendant. | No. CV13-1447-PHX-DKD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED:  July 29, 2013  .


 s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

- 2 -

1  Copy of the foregoing mailed and
   emailed __July 29, 2013__ to:
2
3  Mark A. Kirkorsky
   MARK A. KIRKORSY PC
   P.O. Box 25287
4  Tempe, AZ 85285-5287

5  by __s/ Floyd W. Bybee__

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26